PROB 19   PID# 1500699   SD/FL PACTS No.: 100385

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:08-20483-CR-COOKE-12

U.S.A vs Allan Franklin Dunn a/k/a Steven Marc Caron

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Allan Franklin Dunn, a/k/a Steven Marc Caron | M | W | 39 |

ADDRESS (STREET, CITY, STATE)
2661 Prescott Circle, Chesapeake, VA 23323

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| United States District Court, Southern District of Florida, Miami, Florida | December 16, 2009 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
United States District Court, Southern District of Florida, Miami, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | | August 20, 2018 |

## RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |

| NAME | (BY) | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida," or "any United States Marsha.," or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshall or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."



PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 100385

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:08-20483-CR-COOKE-12

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Allan Franklin Dunn a/k/a Steven Marc Caron

Name of Sentencing Judicial Officer: The Honorable Marcia G. Cooke, United States District Judge, Miami, Florida

Date of Original Sentence: December 16, 2009

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to import one kilogram or more of heroin and 500 grams or more of cocaine, 21 U.S.C. § 963, a Class A felony<br>Count 2: Distribution of on kilogram or more of heroine for purpose of unlawful importation, 21 U.S.C. § 959(a), a Class A felony |
| Original Sentence: | One hundred and twenty months custody of the Bureau of Prisons, as to both counts to be served concurrently (to received credit for time served since March 27. 2007), five year supervised release, and a $200.00 special assessment fee. Special conditions: The defendant shall: 1) maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days; 2) participate in an approved inpatient/outpatient mental health treatment program; 3) obtain prior written approval from the Court before entering into any self-employment; and 4) participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment. |
| | **April 4, 2012:** Reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b). The defendant's sentence was reduced to 80 months custody of the Bureau of Prisons as to Counts one and two. All other conditions to remain in full force and effect. |

Type of Supervision: Supervised Release    Date Supervision Commenced: Click here to enter a date.

Assistant U.S. Attorney:    Defense Attorney:

Danielle Nicole Croke
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
305-361-9420

Kenneth Mitchell Swartz
14 N.E. First Avenue, Suite 1211
One Flagler Building
Miami, Florida 33132
305-579-9090

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 100385

## PETITIONING THE COURT

☒ To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On August 3, 2017, an email was sent to the defendant instructing him to call the probation officer to schedule an office visit, and he failed to comply. |
| 2. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On January 18, 2018, during a home visit, the defendant was instructed to report to the U.S. Probation Office on January 25, 2018, and he failed to comply. |
| 3. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On April 10, 2018, the defendant was instructed via telephone, to report to the U.S. Probation Office on April 16, 2018, and he failed to comply. |
| 4. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On July 20, 2018, a note was left at the defendant's residence with instructions to report to the U.S. Probation Office on July 23, 2018, and he failed to comply. |
| 5. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The defendant has failed to submit a written monthly reports since April 4, 2016. |
| 6. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On August 29, 2017, the defendant failed to submit a PCRA Questionnaire as directed on August 24, 2017. |
| 7. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On November 9, 2018, the defendant failed to call the U.S. Probation Officer to schedule an office visit as directed. |

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 100385

8. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On February 21, 2018, the defendant failed to report to the U.S. Probation Office as directed.

9. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On February 15, 2018, during a home visit, the defendant was instructed to report to the U.S. Probation Office on February 16, 2018, to submit his monthly reports and pay stubs and he failed to comply as directed.

United States Probation Officer Recommendation:

The term of supervision should be  
☒ revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2018

*/s/ Yamilee Sanchez*  
Yamilee Sanchez  
2018.08.06 08:55:06 -04'00'

Yamilee Sanchez  
United States Probation Officer  
Office: 305-259-1309  
Cellular: 786-269-3475

---

THE COURT ORDERS:

☐ No Action  
☑ The Issuance of a Warrant  
☐ The Issuance of a Summons  
☐ Submit a Request for Modifying the Conditions or Term of Supervision

*/s/ Signature*  
Signature of Judicial Officer

8-20-18  
Date

*[Certification stamp: Certified to be a true and correct copy of the document on file. Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida. By Deputy Clerk. Date 8/20/18]*